JACOB H. ZAMANSKY
EDWARD H. GLENN, JR.
ZAMANSKY & ASSOCIATES LLC
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile:  (212) 742-1177

[Proposed] Lead Counsel for Plaintiffs

MICHAEL L. KIRBY (50895)
   Email: *mkirby@knlh.com*
JONATHAN A. BOYNTON (174910)
   Email: *jboynton@knlh.com*
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, 13th Floor
San Diego, California 92101-8700
Telephone: (619) 231-8666
Facsimile:  (619) 231-9593

[Proposed] Local Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ELIAS KARAM, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>CORINTHIAN COLLEGES, INC., JACK P. MASSIMINO, PETER C. WALLER, MATTHEW A. OUIMET and KENNETH S. ORD,<br><br>Defendants. | Case No. 10-CV-6523 GHK (RCX)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION FOR APPOINTMENT OF JENNIFER GRUND AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: December 20, 2010<br><br>Time: 9:30 a.m.<br><br>Courtroom: 650<br><br>Judge: Hon. George H. King |

1  TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on, December 20, 2010, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 650 of the Honorable George H. King, United States District Court, Central District of California, Western Division-Roybal Federal Building at 255 Temple Street, Los Angeles, CA 90012, Jennifer Grund (the "Grund Plaintiff") will move this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B) and 15 U.S.C. §77z-1(a)(3)(B), for an order: (1) appointing the Grund Plaintiff as lead plaintiff; and (2) approving the selection of Zamansky & Associates LLC ("Zamansky") as lead counsel. This Motion is made on the grounds that the Grund Plaintiff is the "most adequate plaintiff" to serve as lead plaintiff. In support of this Motion, the Grund Plaintiff submits herewith a Memorandum of Points and Authorities and the Declaration of Edward H. Glenn, Jr. (the "Glenn Declaration").

Dated: October 29, 2010

Respectfully submitted,

By: /S/ *Jonathan A. Boynton*
Michael L. Kirby
Jonathan A. Boynton
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, 13th Floor
San Diego, California 92101-8700

Jacob H. Zamansky
Edward H. Glenn, Jr.
ZAMANSKY & ASSOCIATES LLC
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile:  (212) 742-1177

Counsel for [Proposed] Lead Counsel for Plaintiffs