Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

| | |
|---|---|
| William H. Narwold<br>bnarwold@motleyrice.com<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mt. Pleasant, South Carolina 29464<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9440 | Christopher J. Keller<br>ckeller@labaton.com<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 |

*Attorneys for KBC Asset Management NV and Electrical Workers Pension Fund, Local 103, I.B.E.W., and Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>Defendants. | Case No. 2:10-cv-6523-GHK-RC<br><br>**NOTICE OF MOTION AND MOTION OF KBC ASSET MANAGEMENT NV AND ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: November 29, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. George H. King<br>Courtroom: 650 |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that on November 29, 2010, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable George H. King, at U.S. District Court, Central District of California, Western Division, Courtroom 650, 255 East Temple Street, Los Angeles, CA 90012, KBC Asset Management NV ("KBC") and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") will move for an order for: (1) appointment of KBC and Local 103 as Lead Plaintiff in the above-captioned action (the "Action") pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3); (2) approval of KBC and Local 103's selection of the law firms of Motley Rice LLC ("Motley Rice") and Labaton Sucharow LLP ("Labaton Sucharow") as Co-Lead Counsel; and (3) such other and further relief as the Court may deem just and proper.[1]

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Stefanie J. Sundel in Support of this Motion, the pleadings on file in the Action, oral argument, and such other matters as the Court may consider in hearing this motion.  KBC and Local 103 make this Motion on the belief that they are the "most adequate plaintiff" as defined in the PSLRA because:

1.    KBC and Local 103 have the largest financial interest in the relief sought by the Class and have incurred substantial losses of $2,180,935 under the last-in-first-out ("LIFO") loss calculation methodology[2] as a result of their

---

[1]  Given the inability to identify all lead plaintiff movants and the statutory nature of the lead plaintiff filing deadline, compliance with Local Rule 7-3 for a pre-motion conference is impracticable at the time of filing this motion.

[2]  KBC and Local 103 have also lost the same amount, $2,180,935, under the first-in-first-out ("FIFO") loss calculation methodology.

purchases of securities of Corinthian Colleges, Inc. between October 30, 2007 and August 19, 2010, inclusive (the "Class Period"); and

      2.     KBC and Local 103 satisfy the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.

KBC and Local 103 further request that the Court approve their selection of Motley Rice and Labaton Sucharow as Co-Lead Counsel for the Class.  Motley Rice and Labaton Sucharow are nationally-recognized law firms with significant class action and complex litigation experience, and have the resources to effectively and properly pursue the Action.

For the foregoing reasons and those stated more fully herein below, KBC and Local 103 respectfully request this Court for an Order: (1) appointing KBC and Local 103 as Lead Plaintiff in the Action; (2) approving KBC and Local 103's selection of Co-Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: November 1, 2010         Respectfully submitted,

By: */s/ Mark Labaton*

Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California  90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

William H. Narwold
bnarwold@motleyrice.com
James M. Hughes
jhughes@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

| | |
|---|---|
| 1 | |
| 2 | Christopher J. Keller |
| | ckeller@labaton.com |
| 3 | Stefanie J. Sundel |
| 4 | ssundel@labaton.com |
| | Rachel A. Avan |
| 5 | ravan@labaton.com |
| 6 | **LABATON SUCHAROW LLP** |
| | 140 Broadway |
| 7 | New York, New York  10005 |
| | Telephone: (212) 907-0700 |
| 8 | Facsimile: (212) 818-0477 |
| 9 | |
| 10 | *Attorneys for KBC Asset Management NV and Electrical Workers Pension Fund,* |
| 11 | *Local 103, I.B.E.W., and* |
| 12 | *Proposed Co-Lead Counsel for the Class* |