```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  DARREN J. ROBBINS (168593)
    DANIELLE S. MYERS (259916)
 3  655 West Broadway, Suite 1900
    San Diego, CA  92101
 4  Telephone:  619/231-1058
    619/231-7423 (fax)
 5  darrenr@rgrdlaw.com
    dmyers@rgrdlaw.com
 6
    [Proposed] Lead Counsel for Plaintiffs
 7
 8                 UNITED STATES DISTRICT COURT
 9                CENTRAL DISTRICT OF CALIFORNIA
10                       WESTERN DIVISION
11
```

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>            Defendants. | No. 2:10-cv-06523-GHK(RCx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:  November 29, 2010<br>TIME:  9:30 a.m.<br>CTRM:  650<br>JUDGE:  Hon. George H. King |

584351_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 29, 2010, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable George H. King, Courtroom 650, United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, CA  90012, the Wyoming Retirement System and Stichting Pensioenfonds Metaal en Techniek ("PMT") (collectively, "Wyoming and PMT") will and hereby do move this Court for an order: (1) consolidating the related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing Wyoming and PMT as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B); and (3) approving Wyoming and PMT's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.[1]  In support of this Motion, Wyoming and PMT submit the accompanying Memorandum of Law and the Declaration of Danielle S. Myers.

DATED: November 1, 2010

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS


          s/ DANIELLE S. MYERS
          DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

---

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions.  Due to the PSLRA's lead plaintiff procedure, however, Wyoming and PMT will not know which other class members may move for appointment as lead plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Wyoming and PMT respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

- 1 -

584351_1

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 1, 2010.

    s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        dmyers@rgrdlaw.com

584351_1

# Mailing Information for a Case 2:10-cv-06523-GHK -RC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan Andrews Boynton**
  jboynton@knlh.com,vperez@knlh.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Robert L Dell Angelo**
  robert.dellangelo@mto.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Marc I Gross**
  migross@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Lynn H Scaduto**
  lynn.scaduto@mto.com,vickie.leyson@mto.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **John W Spiegel**
  john.spiegel@mto.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`