Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

| | |
|---|---|
| William H. Narwold<br>bnarwold@motleyrice.com<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mt. Pleasant, South Carolina 29464<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9440 | Christopher J. Keller<br>ckeller@labaton.com<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 |

*Attorneys for KBC Asset Management NV and Electrical Workers Pension Fund, Local 103, I.B.E.W., and Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>  Defendants. | Case No. 2:10-cv-6523-GHK-RC<br><br>**RESPONSE OF KBC ASSET MANAGEMENT NV AND ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Hearing Date: November 29, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. George H. King<br>Courtroom: 650 |

1       KBC Asset Management NV ("KBC") and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") hereby respond to the competing motions for appointment of lead plaintiff and approval of selection of lead counsel, and state as follows:

      On November 1, 2010, Wyoming Retirement System and Stichting Pensioenfonds Metaal en Techniek, and, separately, Arkansas Teacher Retirement System and Northamptonshire County Council Pension Fund moved for appointment as lead plaintiff and approval of their selection of lead counsel in this securities class action against Corinthian Colleges, Inc. (the "Action").  Puerto Rico Government Employees and Judiciary Retirement Systems Administration, Mathew M. Hawes, Santiago Rocha, and Jimmy Elias Karam, and, separately, individual movant Jennifer Grund also filed motions seeking appointment as lead plaintiff and approval of selection of lead counsel in the Action.

      To the extent that the Court determines that KBC and Local 103 have the largest financial interest in the relief sought by the Class, and that they satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure, KBC, Local 103 and their counsel stand ready, willing, and able to represent the Class as lead plaintiff/lead counsel in the Action.  KBC and Local 103 take no position as to the other motions for lead plaintiff/lead counsel.

Dated: November 8, 2010

Respectfully submitted,

By: /s/ Mark Labaton

Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California  90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

| | |
|---|---|
| 1 | William H. Narwold |
| 2 | bnarwold@motleyrice.com |
|   | James M. Hughes |
| 3 | jhughes@motleyrice.com |
| 4 | **MOTLEY RICE LLC** |
|   | 28 Bridgeside Blvd. |
| 5 | Mt. Pleasant, South Carolina  29464 |
| 6 | Telephone: (843) 216-9000 |
|   | Facsimile: (843) 216-9440 |
| 7 | |
|   | Christopher J. Keller |
| 8 | ckeller@labaton.com |
|   | Stefanie J. Sundel |
| 9 | ssundel@labaton.com |
| 10 | Rachel A. Avan |
|    | ravan@labaton.com |
| 11 | **LABATON SUCHAROW LLP** |
| 12 | 140 Broadway |
|    | New York, New York  10005 |
| 13 | Telephone: (212) 907-0700 |
| 14 | Facsimile: (212) 818-0477 |

*Attorneys for KBC Asset Management NV and Electrical Workers Pension Fund, Local 103, I.B.E.W., and Proposed Co-Lead Counsel for the Class*

CASE NO. 2:10-CV-6523-GHK-RC: RESPONSE OF KBC & LOCAL 103 TO COMPETING MOTS. FOR APP'T AS LEAD PL. & APPROVAL OF SELECTION OF LEAD COUNSEL

2