JOHN W. SPIEGEL (State Bar No. 078935)
John.Spiegel@mto.com
ROBERT L. DELL ANGELO (State Bar No. 160409)
Robert.DellAngelo@mto.com
JEFFREY Y. WU (State Bar No. 248784)
Jeffrey.Wu@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants
CORINTHIAN COLLEGES, INC., JACK P.
MASSIMINO, PETER C. WALLER, MATTHEW A.
OUIMET, and KENNETH S. ORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., JACK P. MASSIMINO, PETER C. WALLER, MATTHEW A. OUIMET, and KENNETH S. ORD,<br><br>Defendants. | CASE NO.  10-CV-6523-GHK (PJWx)<br><br>DEFENDANTS' NOTICE OF RECENT AUTHORITY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br><br>COURTROOM: 650 |

15292887.1

DEFENDANTS' NOTICE OF
RECENT AUTHORITY

Defendants submit as additional authority in support of their pending motion to dismiss Judge Fischer's September 29, 2011 Order (Exhibit A), which rejected Plaintiffs' challenge to Magistrate Judge Mitchell's Report and Recommendation in *Gaer v. Education Management Corp.*, dated August 30, 2011. Defendants previously submitted that Report and Recommendation on September 9, 2011.

DATED: September 30, 2011

Munger, Tolles & Olson LLP
JOHN W. SPIEGEL
ROBERT L. DELL ANGELO
JEFFREY Y. WU

By: _____/s/_____
ROBERT L. DELL ANGELO

Attorneys for Defendants
CORINTHIAN COLLEGES, INC.,
JACK P. MASSIMINO, PETER C. WALLER, MATTHEW A. OUIMET,
and KENNETH S. ORD

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS N. GAER, individually and on )
behalf of all others similarly situated,   )
      Plaintiff,   )
         )
vs.   )   Civil Action No. 10-1061
         )
EDUCATION MANAGEMENT CORP.,   )
et al.,   )
      Defendants.   )

ORDER

On August 11, 2010, Plaintiff Douglas N. Gaer, individually and on behalf of all others similarly situated, filed a complaint (ECF No. 1) under the Securities Act of 1933 for the benefit of those individuals who purchased the common stock of Education Management Corp. ("EDMC") in an initial public offering completed on October 1, 2009, and also under the Securities Exchange Act of 1934 for the benefit of those individuals who purchased EDMC common stock in the IPO or on the open market from October 1, 2009 through and including August 13, 2010. On January 10, 2011, an Amended Complaint (ECF No. 56) was filed by lead plaintiff Oklahoma Police Pension and Retirement System and newly-added plaintiff Southeastern Pennsylvania Transportation Authority. Named as defendants are EDMC and certain individuals associated with EDMC, namely Adrian M. Jones, Randall J. Killeen, Jeffrey T. Leeds, John R. McKernan, Jr., Leo F. Mullin, Todd S. Nelson, Paul J. Salem, Edward H. West, and Peter O. Wilde (together, "EDMC & the Individual Defendants"). In addition, the Amended Complaint names thirteen investments banks that acted as underwriters of the October 2009 IPO, namely Barclays Capital, Inc., Barrington Research Associates, BMO Capital Markets

Corp., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., J.P. Morgan Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Morgan Stanley & Co., Piper Jaffray & Co., Robert W. Baird & Co., Signal Hill Capital Group, LLC, Stifel, Nicolaus & Co., Inc., and William Blair & Co., LLC (together, the "Underwriter Defendants").

On March 28, 2011, motions to dismiss were filed by EDMC & the Individual Defendants (ECF No. 74) and by the Underwriter Defendants (ECF No. 71). On August 30, 2011, Magistrate Judge Mitchell filed a Report and Recommendation (ECF No. 93) ("R&R"), recommending that the motions be granted. Plaintiffs filed objections on September 16, 2011 (ECF No. 94), to which Defendants responded on September 22, 2011 (ECF Nos. 95, 96).

It is noted that, in their objections, Plaintiffs indicate that they "do not object to the portions of the R&R recommending dismissal of claims under the Securities Act of 1933 based on the Department of Education's negotiated rulemaking, R&R at 36-42, or concerning the related party transaction, *id.* at 42-44." (ECF No. 94 at 1 n.2.) Thus, Plaintiffs have not objected to the dismissal of some portions of the complaint.

Plaintiffs object to the R&R to the extent that it recommends dismissal of the portions of the Amended Complaint alleging that EDMC failed to reveal in its Prospectus and Registration Statement that its growth was the result of widespread recruiting practices that violated Title IV of the Higher Education Act of 1965. Plaintiffs' primary objection is that the R&R failed to give any weight to the allegations made in a False Claims Act case that was filed in 2007 (Civ. A. No. 07-461), in which the Department of Justice intervened in May 2011. Plaintiffs also would have the Court take judicial notice of the Joint Complaint in Intervention filed in that case by the United States and the states of California, Florida, Illinois and Indiana on August 8, 2011.

Magistrate Judge Mitchell explained why it was not appropriate for the Court to give

weight to the allegations in the qui tam case or the fact that the government had elected to join it. (R&R at 17 & n.12.) Although Plaintiffs have now cited several district court cases that concluded there is "nothing improper about utilizing information contained in an SEC complaint as evidence to support private claims under the PSLRA," SEC v. Lee, 720 F. Supp. 2d 305, 341 (S.D.N.Y. 2010), the Court observes that these cases cite one another and are not persuasive.

Plaintiffs lodge numerous other objections against the R&R and Defendants have responded to all of them. Having reviewed the R&R, the objections, the responses thereto and the record de novo, the Court concludes that the objections do not demonstrate that the conclusions reached by the R&R should be rejected.

AND NOW, this 29th day of September, 2011,

IT IS HEREBY ORDERED that the motion to dismiss the Amended Complaint filed by Defendants Barclays Capital, Inc., Barrington Research Associates, BMO Capital Markets Corp., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., J.P. Morgan Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Morgan Stanley & Co., Piper Jaffray & Co., Robert W. Baird & Co., Signal Hill Capital Group, LLC, Stifel, Nicolaus & Co., Inc., and William Blair & Co., LLC (Docket No. 71) is granted.

IT IS FURTHER ORDERED that the motion to dismiss the Amended Complaint filed by Defendants Education Management Corp., Adrian M. Jones, Randall J. Killeen, Jeffrey T. Leeds, John R. McKernan, Jr., Leo F. Mullin, Todd S. Nelson, Paul J. Salem, Edward H. West, and Peter O. Wilde (Docket No. 74) is granted.

Nora Barry Fischer
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On September 30, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**DEFENDANTS' NOTICE OF RECENT AUTHORITY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

[X] By placing ☐ the original(s) [X] a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[X] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

14513631.1

-5-

| | | |
|---|---|---|
| 1 | Jay W. Eisenhofer<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>29th Floor<br>New York, NY  10017 | Jacob H. Zamansky<br>Edward H. Glenn<br>Zamansky & Associates LLC<br>50 Broadway, 32nd Floor<br>New York, NY  10004 |
| | Attorneys for the Arkansas Teacher Retirement System, and the Northamptonshire County Council Pension Fund, and Proposed Lead Counsel for the Class | Attorneys for [Proposed] Lead Counsel for Plaintiffs |
| | Avi Josefson<br>Bernstein Litowitz Berger & Grossman LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 | William H. Narwold<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC  29464 |
| | Attorneys for the Arkansas Teacher Retirement System, and the Northamptonshire County Council Pension Fund, and Proposed Lead Counsel for the Class | Attorneys for KBC Asset Management NV and Electrical Workers Pension Fund, Local 103, I.B.E.W., and Proposed Lead Counsel for the Class |

Executed on September 30, 2011, at Los Angeles, California.

_____
Denise Olguin