Priority ___
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

AUG 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jimmy Elias Karam, et al.,* | CASE NO. CV 10-6523-GHK (PJWx) |
| **Plaintiffs,** | **JUDGMENT** |
| v. | |
| *Corinthian Colleges, Inc., et al.,* | |
| **Defendants.** | |

Pursuant to our August 20, 2012 Order, **IT IS HEREBY ADJUDGED** that Lead Plaintiffs Wyoming Retirement System and Stichting Pensioenfonds Metaal en Techniek's (collectively, "Plaintiffs") claims against Defendants Corinthian Colleges, Inc., Jack P. Massimino, Peter C. Waller, Matthew A. Ouimet, and Kenneth S. Ord are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: August 22, 2012

_____
GEORGE H. KING
United States District Judge