ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
johnkg@rgrdlaw.com
DAVID W. HALL (274921)
dhall@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
    – and –
ROBERT J. ROBBINS
rrobbins@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>              Defendants. | No. 2:10-cv-06523-GHK(PJWx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE:   June 23, 2017<br>TIME:   9:30 a.m.<br>COURTROOM:   650<br>JUDGE:   Honorable George H. King |

1270898_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on June 23, 2017, at 9:30 a.m., in the Courtroom of the Honorable George H. King, United States District Judge, at the United States District Court for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, CA 90012, Lead Plaintiffs will move for an order (1) granting preliminary approval of the settlement set forth in the Stipulation of Settlement, dated May 9, 2017 (the "Stipulation"), which is being filed concurrently; (2) certifying the Class pursuant to Rules 23(a) and 23(b) for purposes of effectuating the settlement; (3) directing Class Members be given notice of the pendency of settlement of this action in the form and manner set forth in the Stipulation and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the settlement and related matters; and (5) setting a schedule of events to govern the procedural aspects of the settlement.  Lead Plaintiffs' motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Stipulation, and such additional evidence or argument as may be required by the Court.

DATED: May 26, 2017                     Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN K. GRANT
DAVID W. HALL

                                        s/ John K. Grant
                                      JOHN K. GRANT

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

- 1 -

1270898_1

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 3 | ROBERT J. ROBBINS |
| | 120 East Palmetto Park Road, Suite 500 |
| 4 | Boca Raton, FL  33432 |
| | Telephone:  561/750-3000 |
| 5 | 561/750-3364 (fax) |
| 6 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 7 | MATTHEW I. ALPERT |
| | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
| 10 | Lead Counsel for Plaintiffs |

- 2 -

1270898_1

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2017.

s/ John K. Grant
JOHN K. GRANT

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: johnkg@rgrdlaw.com

**Mailing Information for a Case 2:10-cv-06523-GHK-PJW Jimmy Elias Karam v. Corinthian Colleges, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ian D Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Jonathan Andrews Boynton**
  jboynton@knlh.com,vperez@knlh.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Robert L Dell Angelo**
  robert.dellangelo@mto.com,denise.olguin@mto.com,larry.polon@mto.com

- **Jay W Eisenhofer**
  jeisenhofer@gelaw.com

- **John Michael Gildersleeve**
  john.gildersleeve@mto.com,lori.cruz@mto.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  michael@goldberglawpc.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,brian@goldberglawpc.com

- **John K Grant**
  johnkg@rgrdlaw.com,ptiffith@rgrdlaw.com,alove@rgrdlaw.com,Anatoli.van.der.Krans@mn.nl,salexander@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc I Gross**
  migross@pomlaw.com

- **David William Hall**
  dhall@rgrdlaw.com

- **Geoffrey C Jarvis**
  gjarvis@ktmc.com,mswift@ktmc.com

- **Christopher J Keller**
  ckeller@labaton.com

- **Michael L Kirby**
  mkirby@knlh.com,maria@kirbyandkirbylaw.com,mike@kirbyandkirbylaw.com,marreola@knlh.com

- **Mark I Labaton**
  mlabaton@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Blair A Nicholas**
  blairn@blbglaw.com,davidd@blbglaw.com,errol.hall@blbglaw.com,kayem@blbglaw.com,Ashley.Lee@blbglaw.com,timothyd@blbglaw.com,Jessica.Cuccurullo@blbglaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **John W Spiegel**
  john.spiegel@mto.com

- **David R Stickney**
  davids@blbglaw.com,brandon.marsh@blbglaw.com

- **Jeffrey Ying-Ting Wu**
  jeffrey.wu@mto.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jay              W Eisenhoffer**
Grant & Eisenhofer P.A.
485 Lexington Ave.
29th Floor
New York, NY 10017

**Edward           H Glenn                                                  , Jr**
Zamansky & Associates
50 Broadway, 32nd Floor
New York, NY 10004

**Avi              Josefson**

- 4 -

Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

**William H Narwold**
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

**Andy Sohrn**
Glancy Binkow & Goldberg LLP
1925 Century Park East  Suite 2100
Los Angeles, CA 90067

**Jacob Zamansky**
Zamansky & Associates LLC
50 Broadway, 32nd Floor
New York, NY 10004