ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
johnkg@rgrdlaw.com
DAVID W. HALL (274921)
dhall@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
   – and –
ROBERT J. ROBBINS
rrobbins@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., et al.,<br><br>Defendants. | No. 2:10-cv-06523-RGK(PJWx)<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] JUDGMENT |

In accordance with the Court's September 25, 2017 Order Approving the Settlement and Order of Dismissal with Prejudice, judgment is hereby entered.

Dated: Los Angeles, California

September 26, 2017

By: *Gary Klausner*

U.S. DISTRICT JUDGE